ACCEPTED
12-15-00195-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
10/20/2015 4:51:30 PM
Pam Estes
CLERK

NO. 12-15-00195-CR

| | | |
|---|---|---|
| STEVEN LAMON MOORE | § | IN THE COURT OF APPEALS |
| vs. | § | TWELFTH JUDICIAL DISTRICT |
| STATE OF TEXAS | § | TYLER, TEXAS |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
10/20/2015 4:51:30 PM
PAM ESTES
Clerk

MOTION TO RECALCULATE DATES
FOR FILING THE APPELLANT'S BRIEF

TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1. This case is on appeal from the 7th Judicial District Court of Smith County, Texas.

2. The case below was styled State v. Steven Lamon Moore and numbered 007-0446-15.

3. Appellant was convicted of Manufacture/Delivery of a Controlled Substance.

4. Appellant was assessed a sentence of thirty-five (35) years confinement in the Texas Department of Criminal Justice-Institutional Division.

5. Notice of Appeal was given on August 5, 2015.

6. The Clerk's Record was filed on September 17, 2015; Jennifer Lowrance and Beverly Dixon's Reporters' Records were filed on September 30, 2015. At the time of this Motion, the Appellant has filed a Motion to Supplement with the Twelfth Court of Appeals requesting the Pre-Sentence Investigation Report. The Appellant's brief is due November 2, 2015. However, this calculation was made prior to the needing the supplementation of the Clerk Record. Counsel requests the Court recalculate the brief deadline based on 30 days following the completion of the record in this case. TEX. R. APP. P. 38.6.

7. Appellant requests that the Court grant this Motion and recalculate the

deadline dates for filing the Appellant's Brief and further relief as the Court may deem appropriate.

Respectfully submitted,

Law Office of James W. Huggler, Jr.
100 E. Ferguson, Suite 805
Tyler, Texas 75702
Tel: (903) 593-2400
Fax: (903) 593-3830

By: /S/ James W. Huggler, Jr.
James W. Huggler, Jr.
State Bar No. 00795437
Attorney for APPELLANT

CERTIFICATE OF SERVICE

This is to certify that on October 20, 2015, a true and correct copy of the above and foregoing document was served on Michael West, Smith County District Attorney's Office, 100 North Broadway, Tyler, Texas 75702, by regular mail, fax, hand delivery, or electronic filing.

/S/ James W. Huggler, Jr.
James W. Huggler, Jr.